B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–45895**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Rose Fabian−Guzman
   fka Rose Fabian
   3100 N. Octavia Avenue
   Chicago, IL 60707−1235

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9197

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                        FOR THE COURT

Dated: <u>March 18, 2014</u>                      <u>Jeffrey P. Allsteadt, Clerk</u>
                                                      United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-45895-CAD
Rose Fabian-Guzman                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin              Page 1 of 2             Date Rcvd: Mar 18, 2014
                               Form ID: b18             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2014.
```
db            Rose Fabian-Guzman,    3100 N. Octavia Avenue,   Chicago, IL 60707-1235
21271068     +Allied Interstate,    3000 Corporate Exchange Drive,    5th Floor,   Columbus, OH 43231-7723
21271070     +American Student Assistance,    100 Cambridge Street,   Suite 1600,    Boston, MA 02114-2567
21271071     +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, Suite 1932,   Chicago, IL 60654-1420
21271074     +Bay Area Credit Service, LLC,    1000 Abernathy Road Ne Suite 195,   Atlanta, GA 30328-5612
21271075     +Bay Area Credit Service, LLC,    1901 W. 10th Street,   Antioch, CA 94509-1380
21271077     +Blatt Hasenmiller F L,    125 S. Wacker Drive #400,   Chicago, IL 60606-4440
21271083     +Chicago Department Of Revenue,    PO Box 06152,   Chicago, IL 60606-0152
21271089     +Department of Education,    FedLoan Servicing,   PO Box 530210,   Atlanta, GA 30353-0210
21271093     +Elmhurst Emergency Medical Services LTD,    200 Berteau Avenue,   Elmhurst, IL 60126-2966
21271094      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21271095     +Experian Information Solutions, Inc.,    475 Anton Boulevard,   Costa Mesa, CA 92626-7037
21271096     +Eye Center Physicians Ltd,    1725 W. Harrision Street,   Suite 928,    Chicago, IL 60612-3845
21271099     +First National Collection Bureau Inc,    610 Waltham Way,   Sparks, NV 89434-6695
21271102     +HSBC,   Attn: CLM FAP,   2929 Walden Avenue,    Depew, NY 14043-2690
21271104      Illinois Tollway,    270 Ogden Avenue,   Downers Grove, IL 60515
21271108     +Linebarger Goggan Blair & Sampson,    Po Box 06140,   Chicago, IL 60606-0140
21271109     +Linebarger Goggan Blair & Sampson, LLP,    900 Arion Parkway, Suite 104,
               San Antonio, TX 78216-2872
21271111     +MB Financial Bank,    6111 N River Road,   Rosemont, IL 60018-5111
21271112     +Medical Business Bureau,    1175 Deven Drive, Suite 173,   Morton Shores, MI 49441-6079
21271113     +Medical Business Bureau,    1460 Renaissance D Suite 400,   Park Ridge, IL 60068-1349
21271116     +Municipal Collection Services, Inc.,    7330 College Drive, Suite 108,,
               Palos Heights, IL 60463-1186
21271117     +Natiowide Credit & Collection,    815 Commerce Drive,   Suite 270,   Oak Brook, IL 60523-8852
21271119     +Oxford Collection Services,    135 Maxess Road, Suite 2A,   Melville, NY 11747-3801
21271121      Resurgent Capital Services,    PO Box 1410,   Troy, MI 48099-1410
21271122     +Rush Medical Center,    2000 Ogden Avenue,   Aurora, IL 60504-7222
21271125     +Shindler Law Firm,    1990 E. Algonquin Road,   Schaumburg, IL 60173-4164
21271126     +Silverman & Borenstein,    13111 E. Briarwood Avenue,   Suite 340,   Englewood, CO 80112-3913
21271128     +Trans Union LLC,    1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
21271129     +Trustmark Recovery Services,    541 Otis Bowen Drive,   Munster, IN 46321-4158
21271133     +US Department of Education,    Potomac Center Plaza (PCP),   550 12th Street, SW,
               Washington, DC 20202-0031
21271132     +US Department of Education,    400 Maryland Avenue, SW,   Washington, DC 20202-0001
21271134     +US Department of Education,    Capitol Place,   555 New Jersey Ave, NW,
               Washington, DC 20208-0003
21271131     +US Department of Education,    Po Box 530260,   Atlanta, GA 30353-0260
21271130     +University Ophthalmology Associates LTD,    75 Remittance Drive,   Department 1283,
               Chicago, IL 60675-1283
21271135     +Village of Hillside,    425 Hillside Avenue,   Hillside, IL 60162-1695
21271138     +Zwicker & Associates, P.C.,    7366 N. Lincoln Avenue, Suite 102,    Lincolnwood, IL 60712-1738
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21271069      EDI: HNDA.COM Mar 19 2014 01:23:00      American Honda Finance,    2170 Point Boulevard, Suite 100,
               Elgin, IL 60123
21271072     +EDI: ATTWIREBK.COM Mar 19 2014 01:23:00      AT&T,   225 W. Randolph Road,
               Chicago, IL 60606-1838
21271067     +EDI: AFNIRECOVERY.COM Mar 19 2014 01:23:00      Afni, Inc.,    1310 MLK Drive,   P.O. Box 3517,
               Bloomington, IL 61702-3517
21360766     +EDI: ATLASACQU.COM Mar 19 2014 01:23:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
21271073     +EDI: BANKAMER2.COM Mar 19 2014 01:23:00      Bank Of America, N.A. *,    401 N. Tryon Street,
               NC1-021-02-20,   Charlotte, NC 28255-0001
21271076     +EDI: HFC.COM Mar 19 2014 01:23:00      Best Buy Co., Inc,   Bureaus Investment Group,
               PO Box 17298,    Baltimore, MD 21297-1298
21271081     +EDI: CBCSI.COM Mar 19 2014 01:23:00      CBCS,    236 E. Town Street,    Columbus, OH 43215-4631
21271084      EDI: CITICORP.COM Mar 19 2014 01:23:00      Citicorp Credit Services *,
               ATTN: Internal Recovery; Centralized Bk,     P.O. Box 20507,   Kansas City, MO 64195
21271078     +EDI: AIS.COM Mar 19 2014 01:23:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
21271079     +EDI: CAPITALONE.COM Mar 19 2014 01:23:00      Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
21271080     +E-mail/Text: bankruptcy@cavps.com Mar 19 2014 01:45:56      Cavalry Portfolio Services,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
21271082     +EDI: CHASE.COM Mar 19 2014 01:23:00      Chase *,    ATTN: Bankruptcy Department,    P.O. Box 15298,
               Wilmington, DE 19850-5298
21271086     +EDI: WFNNB.COM Mar 19 2014 01:23:00      Comenity Bank,    PO Box 182789,   Columbus, OH 43218-2789
21271085     +EDI: WFNNB.COM Mar 19 2014 01:23:00      Comenity Bank,    220 W. Schrock Road,
               Westerville, OH 43081-2873
21271087     +E-mail/Text: cparrino@cfrfinancial.com Mar 19 2014 01:44:02      Cypress Financial Recoveries,
               175 S. Washington Avenue,    Suite 9,   Dumont, NJ 07628-2336
21271090      EDI: DIRECTV.COM Mar 19 2014 01:23:00      Direct TV,    Corporate Office,   PO Box 6550,
               Englewood, CO 80155
```

```
District/off: 0752-1           User: admin              Page 2 of 2              Date Rcvd: Mar 18, 2014
                               Form ID: b18             Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21271091       EDI: DISCOVER.COM Mar 19 2014 01:23:00      Discover Financial Services,   2500 Lake Cook Rd.,
               Deerfield, IL 60015
21271092       EDI: DISCOVER.COM Mar 19 2014 01:23:00      Discover Financial Services LLC,   Po Box 15316,
               Wilmington, DE 19850
21271098      +E-mail/Text: data_processing@fin-rec.com Mar 19 2014 01:44:22      Financial Recovery Services,
               Po Box 385908,   Minneapolis, MN 55438-5908
21271097      +E-mail/Text: data_processing@fin-rec.com Mar 19 2014 01:44:22      Financial Recovery Services,
               4900 Viking Drive,   Minneapolis, MN 55435-5302
21271100      +EDI: RMSC.COM Mar 19 2014 01:23:00      GE Capital Retail Consumer Finance,   1600 Summer Street,
               Fifth Floor,   Stamford, CT 06905-5125
21271101      +EDI: RMSC.COM Mar 19 2014 01:23:00      GE Money Bank Care Card,   Po Box 960061,
               Orlando, FL 32896-0061
21271103      +EDI: HFC.COM Mar 19 2014 01:23:00      HSBC Bank Nevada, N.A.,   Attn: Bankruptcy,   Po Box 5213,
               Carol Stream, IL 60197-5213
21271105      +E-mail/Text: ebankruptcy@arraysg.com Mar 19 2014 01:46:24      JC Christensen & Associates, Inc.,
               PO Box 519,   Sauk Rapids, MN 56379-0519
21271106      +EDI: CHASE.COM Mar 19 2014 01:23:00      JPMorgan Chase*,   270 Park Avenue,
               New York, NY 10017-2014
21271107      +EDI: CBSKOHLS.COM Mar 19 2014 01:23:00      Kohl's Credit *,   N56 W17000 Ridgewood Drive,
               Menomonee Falls, WI 53051-7096
21271110      +EDI: RESURGENT.COM Mar 19 2014 01:23:00      LVNV Funding LLC,   15 South Main Street,
               Greenville, SC 29601-2743
21271114      +Fax: 847-227-2151 Mar 19 2014 02:34:56      Medical Recovery Specialists, Inc.,
               2250 E. Devon Avenue, Suite 352,   Des Plaines, IL 60018-4519
21271115      +EDI: MID8.COM Mar 19 2014 01:23:00      Midland Funding,   8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
21271118      +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 19 2014 01:45:34
               NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
21271120      +EDI: PRA.COM Mar 19 2014 01:28:00      Portfolio Recovery Associates, Inc,
               120 Corporate Boulevard,   Norfolk, VA 23502-4962
21271123      +EDI: SEARS.COM Mar 19 2014 01:23:00      Sears / CBSD,   Attn: Bankruptcy Department,
               PO Box 6189,   Sioux Falls, SD 57117-6189
21271124      +EDI: SEARS.COM Mar 19 2014 01:23:00      Sears / Citibank USA Sears,   P.O. Box 20363,
               Kansas City, MO 64195-0363
21271127      +EDI: WTRRNBANK.COM Mar 19 2014 01:23:00      Target Credit Card (TC),   P.O. Box 9475,
               Minneapolis, MN 55440-9475
21271136      +EDI: WFNNB.COM Mar 19 2014 01:23:00      World Financial Network National Bank,
               3100 Easton Square Place,   Columbus, OH 43219-6232
                                                                                              TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21271088       Debtor's Mother
21271137     ##+Zwicker & Associates P.C.,   7366 N. Lincoln Ave. Suite 404,   Lincolnwood, IL 60712-1741
                                                                                              TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2014 at the address(es) listed below:
             Alex D Moglia, ESQ    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
             Charles L. Magerski    on behalf of Debtor Rose  Fabian-Guzman Cmagerski@sulaimanlaw.com,
              courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
              m
             Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 3
```